UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                     Bankr. Case No. 23-02688-HWV

Keith August Kodash                                                 Chapter 13
     Debtor(s)

## REQUEST FOR NOTICE

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

      AmeriCredit Financial Services, Inc. dba GM Financial
      PO Box 183853
      Arlington, TX  76096

By /s/ Mandy Youngblood

      Mandy Youngblood
      PO Box 183853
      Arlington, TX  76096
      877-203-5538
      877-259-6417
      Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 23-02688-HWV

Keith August Kodash  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 20, 2023 :

| | |
|---|---|
| Michael A. Cataldo | Jack N Zaharopoulos |
| 1628 JFK Blvd | Standing Chapter 13 Trustee |
| Suite 1901 | 8125 Adams Drive, Suite A |
| Philadelphia, PA 19103 | Hummelstown, PA 17036 |

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx28323 / 1082699