United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Keith August Kodash
     Debtor

Case No. 23-02688-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2024 | Form ID: ntcnfhrg | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith August Kodash, 3040 Brookfield Drive, York, PA 17404-8489 |
| 5580672 | + | Financeoamra, 300 Welsh Road Building 5, Horsham, PA 19044-2250 |
| 5580673 | | GMC, PO Box 78143, Phoenix, AZ 85062-8143 |
| 5587335 | | Home Depot Loan, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 5580677 | | Michael McKeever, Esquire, KML Law Group PC, BNY Market Street, Suite 5000, Philadelphia, PA 19106-1536 |
| 5580680 | | PennyMac, 3043 Townsgate Road, Suite 200, Chatsworth, CA 91311 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5585478 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 18:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 5580655 | + Email/Text: backoffice@affirm.com | Jan 11 2024 18:45:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5582431 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 11 2024 18:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 5580656 | + Email/PDF: bncnotices@becket-lee.com | Jan 11 2024 18:50:24 | American Express Travel Related Services, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 5580657 | + Email/PDF: bncnotices@becket-lee.com | Jan 11 2024 18:50:32 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5580658 | + Email/Text: BarclaysBankDelaware@tsico.com | Jan 11 2024 18:45:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 5580659 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:39 | Brksb/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5580660 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 18:50:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5580661 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 11 2024 18:50:23 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5580662 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:39 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 5580663 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:39 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5580664 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:23 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5580665 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 11 2024 18:50:30 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St |

Louis, MO 63179-0040

| 5580666 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
|---|---|---|---|
| | | Jan 11 2024 18:45:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5580667 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jan 11 2024 18:45:00 | Comenity Bank/William & Sonoma, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5580668 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jan 11 2024 18:45:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5580670 | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | Jan 11 2024 18:50:38 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 5580671 | + Email/Text: mrdiscen@discover.com | | |
| | | Jan 11 2024 18:45:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5580675 | Email/Text: bankruptcy@greenskycredit.com | | |
| | | Jan 11 2024 18:45:00 | Greensky, Llc., Attn: Bankruptcy, 5565 Glenridge Connector Ste 800, Atlanta, GA 30342 |
| 5580674 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | Jan 11 2024 18:45:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5580676 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jan 11 2024 18:45:00 | Internal Revenue Service, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 5580678 | + Email/Text: bnc@nordstrom.com | | |
| | | Jan 11 2024 18:45:23 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 5580679 | Email/PDF: ebnotices@pnmac.com | | |
| | | Jan 11 2024 18:50:39 | PennyMac, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5580681 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:27 | Syncb/B&H, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580682 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:19 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580683 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:27 | Syncb/Nautilus, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580684 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:37 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580685 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:23 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580686 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580687 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:27 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580688 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:37 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580689 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jan 11 2024 18:50:27 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5580690 | Email/Text: bankruptcy@towerfcu.org | | |
| | | Jan 11 2024 18:45:00 | Tower Federal Credit Union, 7901 Sandy Spring Road, Laurel, MD 20707-3589 |
| 5580691 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 11 2024 18:50:30 | Trac/CBCD/Citicorp, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5580692 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Jan 11 2024 18:45:00 | US Bank/RMS, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201-5229 |
| 5580693 | Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jan 11 2024 18:45:00 | USAA, 10750 McDermott Freeway, San Antonio, TX 78288-0544 |
| 5580694 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jan 11 2024 18:45:00 | USAA Federal Savings Bank, Attn: Bankruptcy, |

|  |  |  | 9800 Fredricksburg Rd, San Antonio, TX 78288-0002 |
|---|---|---|---|
| 5580695 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com |  |  |
|  |  | Jan 11 2024 18:50:23 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 5580696 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com |  |  |
|  |  | Jan 11 2024 18:50:39 | Wf Bank Na, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5580669 |  | Comenitycapital/dell |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cataldo | on behalf of Debtor 1 Keith August Kodash mcataldo@gsbblaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keith August Kodash,                                    Chapter          13

     **Debtor 1**

Case No.          1:23−bk−02688−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 7, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: February 14, 2024<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 11, 2024 |

ntcnfhrg (08/21)