UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KEITH AUGUST KODASH<br>    Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| KEITH AUGUST KODASH<br>    Respondent | : | CASE NO. 1-23-bk-02688 |

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

AND NOW, this 2nd day of February, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Insufficient Monthly Net Income as indicated on Schedules I and J. Monthly Net Income is insufficient to make payments from March of 2025 to the end of the plan.
    b. Plan ambiguous – base amount. The total of the paid to date, plus the tiers is not consistent with the listed base amount.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore, Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

By:    /s/Agatha R. McHale
        Attorney for Trustee

CERTIFICATE OF SERVICE

        AND NOW, this 2nd day of February, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Michael Cataldo, Esquire
1628 JFK Blvd.
Philadelphia, PA   19103

                                                  /s/Deborah A. DePalma
                                                  Office of Jack N. Zaharopoulos
                                                  Standing Chapter 13 Trustee