UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In RE:** | **Chapter:** 13 |
| KEITH AUGUST KODASH | **Claim Number:** 31 |
| | **Case Number:** 23-02688 |
| **Debtor(s)** | |

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Capital One N.A. by AIS InfoSource, LP as agent, hereby withdraws its duplicate Proof of Claim, filed on 2/6/2024, marked as claim number 31 on the court's claim register, for the account number ending in 2155, and in the amount of $697.49

Date: 2/6/2024

/s/ Gloria Yeager
_____

Creditor's Authorized Agent for Capital One N.A. by American InfoSource as agent

Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave Oklahoma City, OK 73118