IN THE UNITED STATES BANKRUPTCY COURT

FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Keith August Kodash,<br>           Debtor(s). | Case No: 1:23-bk-02688-HWV<br>Chapter 13 |

**CERTIFICATION OF NO RESPONSE**
**REGARDING DOCKET NO. 31**

      The undersigned hereby certifies that as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Amended Chapter 13 Plan. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Third Amended Plan appears thereon. Counsel for Debtor certifies that the Third Amended Plan is unopposed and that the Plan can be confirmed.

      It is hereby respectfully requested that the Third Amended Plan be approved at the earliest convenience of the Court.

                                      GELLERT SCALI BUSENKELL & BROWN, LLC

| | |
|---|---|
| Dated: 3/7/2024 | By: /s/Michael A. Cataldo<br>MICHAEL A. CATALDO (PA 49431)<br>1628 John F. Kennedy Blvd. Suite 1901<br>Philadelphia, PA 19103<br>Telephone: (215) 238-0010<br>Facsimile: (215) 238-0016<br>mcataldo@gsbblaw.com<br><br>*Counsel for the Debtor* |