**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

KEITH AUGUST KODASH                                      **Chapter:** 13

                                                         **Claim Number:** 19

                                                         **Case Number:** 23-02688

**Debtor(s)**

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Capital One N.A. by AIS InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 01/25/2024, marked as claim number 19 on the court's claims register and in the amount of $697.49.

Date: 03/13/2026

/s/ Devyas Vaghela

_____

Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK  73118